UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Johnson Controls, Inc.,
a Wisconsin corporation,

Civ. No. 01-763 (PAM/RLE)

Plaintiff,

v.

**ORDER**

Mark F. Bucholz,
a Minnesota resident, and
The Energy Services Group, LLC,
a Minnesota corporation,

Defendants.

---

A court may appoint a special master pursuant to Federal Rule of Civil Procedure 53 if circumstances warrant. The Court, believing the issues in this action are of a complicated nature, finds that it is appropriate to appoint a special master in this matter.

Accordingly, **IT IS ORDERED** that:

John W. Borg is appointed special master pursuant to Federal Rule of Civil Procedure 53 in this matter, Civil File No. 01-763 (PAM/RLE). He will receive correspondence at the following address: 6612 Limmerick Drive, Edina MN 55439, and can be reached by telephone at 952-941-9264.

FILED MAY 24 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

a. The special master is authorized to supervise discovery and exhibit preparation and to hear and rule on all non-dispositive motions currently pending or filed after the date

of this order.

b. The special master is empowered to call such meetings of the parties as deemed necessary to promote meaningful settlement discussions or efficient case management.

c. The special master shall be compensated at the rate of $350.00 per hour. Additionally, the parties shall pay the usual and customary rates for work which the special master delegates to others. Compensation of the special master shall be apportioned as follows: 50% shall be paid by Plaintiff and 50% shall be paid by Defendants.

d. Appeals from orders of the special master shall be briefed and reviewed on an expedited basis. An appealing party shall file its appeal and supporting documents within five days of the special master's order. Any memoranda and documents in opposition shall be filed within five days after the appealing party's papers have been filed.

e. The party who files objections to a report of the special master shall bear the costs of production of a transcript of the proceedings before the master if required for this Court's review.

f. To the extent the applicable standard of review and procedures for review are not specifically provided by Fed. R. Civ. P. 53, this Court shall review the report and recommendations of the special master and appeals of orders of the special master under the

same standards and procedures set forth in 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72, and Local Rule 72.1 for review of a report and recommendation or order of a United States Magistrate Judge.

Dated: May 23, 2001.

Paul A. Magnuson
United States District Court Judge