**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Johnson Controls, Inc., a Wisconsin Corporation,

Plaintiff,

vs.

Mark F. Bucholz, a Minnesota resident, and The Energy Services Group, LLC, a Minnesota Corporation,

Defendant.

**Civil No. 01-763 PAM/RLE**

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND FOR DEFENDANT ENERGY SERVICES GROUP, LLC**

IT IS HEREBY STIPULATED by Plaintiff and Defendant Energy Services Group, LLC ("ESG") through their respective counsel that Defendant ESG may be granted an extension of time through June 15, 2001 in which to answer or otherwise respond to the amended summons and complaint.

Dated: May 24, 2001

LEONARD, STREET & DEINARD

David M Jaffe

Thomas J. Conley (#201625)
David M. Jaffe (#281700)

150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
(612) 336-3000

23

FILED MAY 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

David Lucey (Wis. #1004129)
Michael P. Matthews (Wis. #1029520)
FOLEY & LARDNER
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 297-5511
Facsimile: (414) 297-4900

ATTORNEYS FOR PLAINTIFF
JOHNSON CONTROLS, INC.

Dated: May 25, 2001

FAEGRE & BENSON LLP

Angela M. Crandall
Jacqueline R. Rolfs, #222057
Angela M. Crandall, #285055

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

ATTORNEYS FOR DEFENDANT
ENERGY SERVICES GROUP, LLC

**ORDER**

Based on the foregoing stipulation, IT IS SO ORDERED.

Dated: 5/29/01

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge

M1:754843.01