UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOHNSON CONTROLS, INC.,
a Wisconsin corporation,

Plaintiff,

v.

MARK F. BUCHOLZ,
a Minnesota resident, and
THE ENERGY SERVICES GROUP, LLC,
a Minnesota corporation,

Defendants.

Court File No. 01-763 (PAM/RLE)

**ORDER**

Based upon the foregoing stipulation it is hereby ordered that the time for defendant Mark Bucholz to answer or otherwise plead in response to the complaint in the above proceeding is hereby extended through and including June 15, 2001.

**IT IS SO ORDERED.**

Dated: MAY 3 1 2001

Raymond L. Erickson
United States Magistrate Judge

MAY 3 1 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

2084719v1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Johnson Controls, Inc.,**

**Plaintiff,**

**vs.**

**Mark F. Bucholz,**
**A Minnesota resident, and**
**The Energy Services Group, LLC,**
**A Minnesota corporation,**

**Defendants.**

**COURT FILE NO. 01-763 (PAM/RLE)**

**STIPULATION**

---

It is hereby stipulated and agreed, by and between the above-named parties, through their respective undersigned counsel hereby stipulate and agree as follows:

1. The time for Defendant, Mark Bucholz, to answer or otherwise plead in response to the amended complaint in the above proceeding may be hereby is extended through June 15, 2001.

2. The Court is hereby authorized to enter an order consistent with this stipulation.

Dated: 5/22/01

Thomas J. Conley (#201625)
David M. Jaffe (#0281700)
Leonard, Street and Deinard
Fifth Street Towers, Suite 2500
150 South 5th Street
Minneapolis, Minnesota 55402
(612) 335-1634

**Attorneys for Plaintiff**

Dated: May 18, 2001

Douglas A. Hedin (#43205)
Hedin & Goldberg, P.A.
2100 Stevens Avenue South
Minneapolis, Minnesota 55404
(612) 871-5500

**Attorneys for Defendant Mark F. Bucholz**

FILED MAY 31 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(24)