**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Johnson Controls, Inc., a Wisconsin Corporation,

Plaintiff,

vs.

Mark F. Bucholz, a Minnesota resident, and The Energy Services Group, LLC, a Minnesota Corporation,

Defendant.

Civil No. 01-763 PAM/RLE

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**

Pursuant to the May 11, 2001 Stipulation and Order signed by Judge Magnuson, and attached as Exhibit A, the parties have been working diligently with their jointly retained computer expert, OnTrack, to complete the computer searches and document review outlined in the Order. The parties anticipate that they will be able to complete this process within the next several weeks. Once the process is complete, the parties will be able to determine whether this matter can be resolved without further judicial intervention. Therefore, the parties have agreed to extend the time to answer or otherwise respond until July 27, 2001, the anticipated completion of the computer searches and document review.

Therefore, IT IS HERRBY STIPULATED by Plaintiff and Defendants Mark F. Bucholz and Energy Services Group, LLC ("ESG") through their respective counsel that Defendants may be granted an extension of time through July 27, 2001, in which to answer or otherwise respond to the amended summons and complaint.

FILED JUN 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 15 June, 2001

LEONARD, STREET & DEINARD

Thomas J. Conley (#201625)
David M. Jaffe (#281700)

150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
(612) 336-3000

David Lucey (Wis. #1004129)
Michael P. Matthews (Wis. #1029520)
FOLEY & LARDNER
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 297-5511
Facsimile: (414) 297-4900

ATTORNEYS FOR PLAINTIFF JOHNSON CONTROLS, INC.

Dated: June 15, 2001

HEDIN & GOLDBERG, P.A.

Douglas Hedin 432054
2100 Stevens Avenue South
Minneapolis, MN 55404

ATTORNEY FOR MARK F. BUCHOLZ

Dated: June 15, 2001

FAEGRE & BENSON LLP

Jacqueline R. Rolfs, #222057
Angela M. Crandall, #285055

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

ATTORNEYS FOR DEFENDANT

ENERGY SERVICES GROUP, LLC

**ORDER**

Based on the foregoing stipulation, IT IS SO ORDERED.

Dated: JUN 18 2001

Raymond L. Erickson
United States Magistrate Judge

M1:763480.01

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JOHNSON CONTROLS, INC.,
a Wisconsin corporation,

Plaintiff,

v.

MARK F. BUCHOLZ,
a Minnesota resident, and
THE ENERGY SERVICES GROUP, LLC,
a Minnesota corporation,

Defendants.

Court File No. 01-763 (PAM/RLE)

**STIPULATION AND ORDER**

---

WHEREAS, plaintiff Johnson Controls, Inc. ("JCI") has filed and served a Notice of Motion and Motion for a Temporary Restraining Order and a Notice of Motion and Motion for Expedited Discovery, along with supporting memoranda and affidavits against defendants Mark F. Bucholz ("Bucholz") and The Energy Services Group, LLC ("ESG"); and

WHEREAS, this matter came before the court on the motions of JCI for a Temporary Restraining Order and for Expedited Discovery. Thomas J. Conley and David Lucey appeared on behalf of JCI. Jacqueline Rolfs appeared on behalf of ESG. Douglas Hedin appeared on behalf of Bucholz; and

WHEREAS, JCI, Bucholz, and ESG have reached agreement and hereby stipulate that the following Order may be entered without further notice:

THEREFORE, IT IS HEREBY ORDERED, upon consent of all the parties, as follows:

FILED MAY 11 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

2080146v1

1. Bucholz is enjoined until March 30, 2002 or further Order of this Court from violating his Employment Agreement with JCI, a copy of which is attached as Exhibit A and hereby incorporated into this Order. Specifically, Bucholz shall not perform services directly or indirectly for any entity competitive with JCI, including but not limited to ESG, with respect to existing JCI customers or potential customers that Bucholz served or solicited while employed by JCI, or JCI customers or potential customers that were served or solicited by another JCI employee under Bucholz's supervision, or any JCI potential customers who within the last nine months of Bucholz's employment received or were about to receive proposals from any employee of JCI with whom Bucholz had contact. The customers and potential customers included within this restriction are those identified on the list attached hereto as Exhibit B.
2. Bucholz is enjoined from violating his Intellectual Property and Confidentiality Agreement, a copy of which is attached as Exhibit C and hereby incorporated into this Order, as well as his common law duty of confidentiality. Specifically, Bucholz shall not use or disclose any information which is confidential or proprietary to JCI, or any information that he acquired or which originated during his employment with JCI which relates to any aspect of the business of JCI, except that Bucholz is not enjoined from using or disclosing information in the public domain.
3. ESG is enjoined from using or disclosing any information which is confidential or proprietary to JCI. Further, ESG is enjoined from using or disclosing any of the

documents described in paragraph 19 of the Affidavit of Brad J. Bateman dated April 30, 2001, or any other documents belonging to JCI.

4. Except for documents contained on computers, which are addressed in paragraphs 5 and 8 below, Bucholz and ESG shall both immediately surrender to JCI all documents in their possession or control which contain confidential or proprietary JCI information, regardless of form.

5. ESG shall, within five days of this Order, provide to JCI a complete accounting of the distribution of any electronic files or messages sent from a JCI computer by Bucholz, or any other confidential or proprietary JCI information on any ESG computers, networks, or mail servers (including the one operated by U.S. West for the address "perry.schmidt@lesg.com"), and ESG shall cooperate with JCI to locate and destroy any documents, files or data containing any such JCI electronic files, messages or confidential or proprietary JCI information using the services of Ontrack Data International, Inc. ("Ontrack") as a jointly retained neutral expert in accordance with a procedure to be defined by agreement of the parties and/or as directed by the Special Master to be appointed by the Court.

6. Bucholz is enjoined from altering or deleting from any computer any documents related to JCI or ESG, or documents which contain information related to Bucholz's work for either company, and ESG is enjoined from altering or deleting from any computer documents containing any JCI electronic files, messages or confidential or proprietary JCI information until the procedures set forth in paragraph 5 of this Order have been completed.

7. JCI is granted leave to take the deposition of Bucholz and Perry Schmidt at any time mutually agreeable to the parties.

8. ESG and Bucholz shall immediately, and in any event by no later than 5:00 p.m. on May 11, 2001, deliver or place in transit to Ontrack, the following computers: the laptop computer assigned to Perry Schmidt by ESG ("the Schmidt Laptop"), the laptop computer assigned to Bucholz by ESG, and the home computer of Bucholz. On an expedited basis with respect to the Schmidt Laptop, Ontrack shall make a complete evidentiary copy of all drives, perform searches to identify any Johnson Controls files and information resident in any active files, and then delete and wipe any such files or information from the drives before returning the computer to ESG. Thereafter, Ontrack will proceed to analyze the retained copy of the Schmidt Laptop and the other computers in accordance with the process defined pursuant to paragraph 5.

Dated: May 11, 2001

David M. Jaffe
Thomas J. Conley (Minn. #201625)
David M. Jaffe (Minn. #0281700)
LEONARD, STREET AND DEINARD
Professional Association
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone (612) 335-1500
Facsimile (612) 335-1657

David Lucey (Wis. #1004129)
Michael P. Matthews (Wis. #1029520)
FOLEY & LARDNER
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone (414) 297-5511
Facsimile (414) 297-4900

ATTORNEYS FOR PLAINTIFF
JOHNSON CONTROLS, INC.

Dated: May 11, 2001

Jacqueline R. Rolfs (Minn. #222057)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone (612) 336-3000
Facsimile (612) 336-3026

ATTORNEYS FOR DEFENDANT
THE ENERGY SERVICES GROUP, LLC

Dated: May 11, 2001

Douglas A. Hedin (Minn. # 43205)
HEDIN & GOLDBERG, P.A.
2100 Stevens Avenue South
Minneapolis, MN 55404
Telephone (612) 871-5500
Facsimile (612) 871-1312

ATTORNEYS FOR DEFENDANT
MARK F. BUCHOLZ

**IT IS SO ORDERED**:

Dated: May 11, 2001

Honorable Paul A. Magnuson
United States District Court Judge