**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Johnson Controls, Inc., a Wisconsin Corporation,

Plaintiff,

vs.

Mark F. Bucholz, a Minnesota resident, and The Energy Services Group, LLC, a Minnesota Corporation,

Defendant.

**Civil No. 01-763 PAM/RLE**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**STIPULATION**

It is hereby stipulated by the parties that Plaintiff's Amended Complaint in this action may be and hereby is dismissed in its entirety with prejudice and on the merits, without costs or attorneys' fees to any party, and that a judgment dismissing the Amended Complaint and dissolving the May 11, 2001 Temporary Restraining Order in this matter may be entered without further notice. It is further stipulated that this Court may reserve jurisdiction to enforce the terms of the Settlement Agreement among the parties to this litigation. This Stipulation is made pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: December 3, 2001

LEONARD, STREET & DEINARD

Thomas J. Conley (#201625)
David M. Jaffe (#281700)

150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
(612) 336-3000

DEC 10 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

David Lucey (Wis. #1004129)
Michael P. Matthews (Wis. #1029520)
FOLEY & LARDNER
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 297-5511
Facsimile: (414) 297-4900

ATTORNEYS FOR PLAINTIFF
JOHNSON CONTROLS, INC.

Dated: December 4, 2001

HEDIN & GOLDBERG, P.A.

Douglas Hedin #43205
2100 Stevens Avenue South
Minneapolis, MN 55404

ATTORNEY FOR MARK F. BUCHOLZ

Dated: December 3, 2001

FAEGRE & BENSON LLP

Jacqueline R. Rolfs, #222057
Angela M. Crandall, #285055

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

ATTORNEYS FOR DEFENDANT ENERGY
SERVICES GROUP, LLC

**ORDER**

Pursuant to the foregoing stipulation, **IT IS ORDERED THAT:**

1. This action is hereby dismissed in its entirety and without the award of costs to either party;

2. The May 11, 2001 Temporary Restraining Order in this matter is hereby dissolved; and

3. This Court will retain jurisdiction over this action for the limited purpose of enforcing the Settlement Agreement among the parties to the action.

Dated: December 10, 2001

Honorable Paul A. Magnuson
United States Magistrate Judge

M1:811645.01